USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/25/2022___

# AHMAD KESHAVARZ
*Attorney at Law*

16 COURT ST., #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.
E-mail: ahmad@NewYorkConsumerAttorney.

January 24, 2022

**VIA ECF**
The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**    Letter Withdrawing DE 39, Plaintiff's Request for Pre-Motion Conference to Compel.
            *Augustin v. ALS Resolvion, LLC, et al.,* **1:21-cv-7068-AT**

Dear Judge Debra Freeman:

    On January 21, 2022, Plaintiff filed a Request for Pre-Motion Conference to Compel discovery responses from Defendant ALS. *See* DE 39. Plaintiff directed the request to Your Honor under the mistaken belief that discovery issues in this case had been referred to Your Honor rather than District Judge Analisa Torres. But Plaintiff was mistaken, and accordingly we withdraw our Request for Pre-Motion Conference.

    Respectfully,

    /s/

Emma Caterine, Esq.

GRANTED.  The Clerk of Court is directed to terminate the motions pending at ECF Nos. 39 and 40.

SO ORDERED.

Dated: January 25, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge