UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

FRANTZ AUGUSTIN,

                Plaintiff,

-against-

ALS RESOLVION, LLC,
ALL ABOUT AUTOMOTIVE II INC., and
CREDIT ACCEPTANCE CORPORATION,

                Defendants.
---------------------------------------------------------------X

Case No.: 1:21-cv- 7068-OTW

### AGREED ORDER OF DISMISSAL

Plaintiff, FRANTZ AUGUSTIN, hereby voluntarily dismisses this action against Defendants with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other pursuant to Fed.R.Civ.P. Rule 41(a)(2). Said Parties request that the Court retain jurisdiction to enforce the terms of the settlement between said parties.

Plaintiff FRANTZ AUGUSTIN dismisses ALL ABOUT AUTOMOTIVE II INC., who has defaulted in this action, with prejudice.

An executed faxed or scanned copy of this Agreed Order shall be deemed as a signed original.

SO ORDERED this 16th day of June, 2022.

_____
Hon. Ona T. Wang
Magistrate Judge

AGREED BY:

Plaintiff FRANTZ AUGUSTIN
By: _____
Ahmad Keshavarz
The Law Office of Ahmad

Defendant    CREDIT ACCEPTANCE CORPORATION
By: _____
Chester R. Ostrowski, Esq.
McLaughlin & Stern, LLP

Defendant    ALS RESOLVION, LLC
By: _____
Bruce S. Luckman, Esq.
Sherman Silverstein

5